and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE RICH-SAMPLINER KNITTING MILLS COMPANY, Appellant, v. CRESCENT KNITTING CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SEBASTIAN BELLUSO, Appellant, v. CARMELINA BELLUSO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANDREW WILSON, Respondent, v. COMPANIA TRASMEDITERRANEA, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

PIONEER DIME BANK OF CARBONDALE, PA., Respondent, v. WILLIAM H. BARNARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES S. NELSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; McAvoy and Martin, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD JOHNSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and McAvoy, J., dissenting.

OTTO WEGENER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,136.60; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS ARKIN, as Executor, etc., of ABRAHAM ARKIN, Deceased, Respondent, v. JACOB HOLTZBERG and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR E. SMITH, Respondent, v. THE DEE REALTY CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

HARRY I. DAVIS, Respondent, v. HARRY WADLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH F. LOUGHERY, Appellant, v. VITO CATALANO and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES STEBER v. THE PALM KNITTING MILLS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES STEBER v. THE PALM KNITTING MILLS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMPSON-STARRETT COMPANY, Respondent, v. THREE HUNDRED PARK AVENUE.